## ASHER v. STATE OF INDIANA.

### [No. 24,223. Filed June 6, 1923.]

STATUTES.—*Intoxicating Liquor.*—*Offenses.*—A conviction for the possession of intoxicating liquor and for the possession of a still upon an affidavit based upon Acts 1921 p. 736 held erroneous because the title of the act was not sufficiently comprehensive.

From Delaware Circuit Court; W. A. Thompson, Judge.

Prosecution by the State of Indiana against Court Asher, charged with the unlawful possession of intoxicating liquor and of a still. From a judgment of conviction, the defendant appeals. Reversed. (Ewbank, J., dissents.)

John T. Walterhouse and Thomas V. Miller, for appellant.

U. S. Lesh, Attorney-General and Mrs. Edward Franklin White, Deputy Attorney-General, for the State.

PER CURIAM.—Appellant was charged by affidavit in two counts: (1) With possession of intoxicating liquor; (2) possession of a still. (Acts 1921 p. 736, §8356d Burns' Supp. 1921.) He was tried by jury, convicted and sentenced.

The first error presented is the overruling of his motion to quash each count of the affidavit.

On the authority of Crabbs v. State (1923), ante 248, and Powell v. State (1923), ante 258, the judgment is reversed, with instructions to the trial court to sustain appellant's motion to quash.

Ewbank, J., dissents.